**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  REESTABLISHMENT OF THE | : | NO.  467 |
| MAGISTERIAL DISTRICTS WITHIN THE | : | |
| 30th JUDICIAL DISTRICT OF THE | : | MAGISTERIAL RULES DOCKET |
| COMMONWEALTH OF PENNSYLVANIA | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 2nd day of May, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 30th Judicial District (Crawford County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Crawford County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 30-2-01 | City of Meadville |
| Magisterial District Judge Samuel V. Pendolino | West Mead Township |

| | |
|---|---|
| Magisterial District 30-3-01 | Beaver Township |
| Magisterial District Judge Adam D. Stallard | Conneaut Lake Borough |
| | Conneaut Township |
| | Conneautville Borough |
| | East Fallowfield Township |
| | Greenwood Township |
| | Linesville Borough |
| | North Shenango Township |
| | Pine Township |

Sadsbury Township
South Shenango Township
Spring Township
Springboro Borough
Summerhill Township
Summit Township
Union Township
West Fallowfield Township
West Shenango Township

Magisterial District 30-3-03
Magisterial District Judge Lincoln S. Zilhaver

Cambridge Springs Borough
Cambridge Township
Cussewago Township
Hayfield Township
Rockdale Township
Saegertown Borough
Venango Borough
Venango Township
Vernon Township
Woodcock Borough
Woodcock Township

Magisterial District 30-3-06
Magisterial District Judge Amy L. Nicols

Athens Township
Bloomfield Township
Blooming Valley Borough
Centerville Borough
Cochranton Borough
City of Titusville
East Fairfield Township
East Mead Township
Fairfield Township
Hydetown Borough
Oil Creek Township
Randolph Township
Richmond Township
Rome Township
Sparta Township
Spartansburg Borough
Steuben Township
Townville Borough
Troy Township
Wayne Township